UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> ex rel. DEBORAH HOEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTHCARE STRATEGIC INITIATIVES <br> OF KANSAS CITY, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:07CV02020-JCH <br> ) **(FILED UNDER SEAL)** <br> ) <br> ) <br> ) <br> ) |

## ORDER

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4),

IT IS HEREBY ORDERED that,

1. the Complaint be unsealed and served upon Defendants as required by Fed.R.Civ.P. 4 by Relators;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for this Order and the Notice Of The United States That It Is Not Intervening At This Time, which Relators will serve upon Defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court will be sent to the United States; and that

6. should Relators or any of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED.**

Dated this 23rd day of May 2008.

---
THE HONORABLE JEAN C. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

2