IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEBORAH HOEL and AMY TEDESCO, <br><br>Plaintiffs, <br><br>V. <br><br>HEALTHCARE STRATEGIC INITIATIVES OF KANSAS CITY, INC. Et al., <br><br>Defendants. | Case No.: 4:07-CV-02020 JCH |

## ORDER ADMITTING MITCHELL A. REID *PRO HAC VICE*

The Motion for Admission *Pro Hac Vice* requesting the admission of Mitchell A. Reid *pro hac vice* is hereby granted and he is admitted to practice before the Court for the limited purpose of participating in this case on behalf of Defendants Travis Center Angiography, National Cardiovascular Partners, Robert Schwing, Walter Schwing, and David Budke.

DATED this _____ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE